UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHENG I. CHENG,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DEPUTY LEVAS et al,<br><br>　　　　　Defendant._____/ | Case Number: CV07-04018 WHA<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 17, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Cheng I. Cheng 1025170
San Mateo County Jail
300 Bradford Street
Redwood City, CA 94063

Prison Trust Account Office
San Mateo County Jail
300 Bradford Street
Redwood City, CA 94063

Court's Financial Office


Dated: January 17, 2008

　　　　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk
　　　　　　　　　　　　　　　　　　　　　By: D. Toland, Deputy Clerk