CHENG I CHENG, PLAINTIFF PRO PER.
ID# 1025170
300 BRADFORD STREET.
REDWOOD CITY, CALIFORNIA 94063

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHENG I CHENG<br>PLAINTIFF.<br>VS.<br>DEPUTY LEVAS #694, DEPUTY DEMARTIN #D139, DEPUTY KNAPTON #222, DEPUTY A. AVILA #125, DEPUTY C. PARKER, DEPUTY F. CARRASCON, DEPUTY J. HARP, DEPUTY A. RINNIGER, DEPUTY M. HINSHAW #1781, DEPUTY M. HUNTOON, DEPUTY R. SALAZAR, DEPUTY R. GRASTY, DEPUTY G. JOHNSON #566, DEPUTY MALETI, DEPUTY ROBERTS #34, DEPUTY PALABY #98, DEPUTY ABRAMS #12, DEPUTY OSBORN #142, FORENSIC MENTAL HEALTH MS. MOLLY, FORENSIC MENTAL HEALTH MS. ROSEMARY, NURSE MR. GIDEON, NURSE MR. BRETT, HEAD NURSE MR. MIKE, NURSE MS. CAROLINE, NURSE MS. ERICA, REBECCA ANDERSON POTTS, | CASE # CV 07-04018 WHA<br><br>RE: MOTION FOR PLAITIFF SERIOUS PETITION COURT PERMIT, ALLOW PLAINTIFF CAN EXTENTION FOR AMENDMENT UNTIL AUGUST 31, 2008 OR UNTIL PLAINTIFF OUT THIS JAIL, BECAUSE PLAINTIFF'S CONSTITUTIONAL RIGHT ABUSE. |

1.

```
 1 | MEDICAL MANAGER OF SAN
 2 | MATEO COUNTY JAIL, SAN
 3 | MATEO COUNTY JAIL, COUNTY
 4 | OF SAN MATEO, AND DOES
 5 | 1-V.
 6 |        DEFENDANTS.
 7 |
 8 |
 9 |
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |
```

2.

Cheng I. Cheng
#1025170
San Mateo County Jail
300 Bradford St.
Redwood City, CA 94063

CV06-02217 WHA   MEMORANDUM OF POINTS AND AUTHORITIES

I PLAINTIFF DECLARE, THE INFORMATION OF TRUTH AS FOLLOWING.

1. BECAUSE OF MY BROKEN ENGLISH LIMITATION.

2. ALSO THE LAWS KNOWLEDGE LIMITATION.

3. AND DEFENDANTS KEPT NON STOP USED FULL FORCE BEATEN ME, TERROR THREAT TO ME, MALICIOUS, BRUTAL SADISTIC HARM ME, IMPEACH ME, ABUSE ME, MOCK ME, TAUNT ME, RETALIATION ME, AND HENCE. AT EVERY TIME OF THE INCIDENTS, I HAVE OBTAIN ALL SERIOUS INJURY.

4. LIKE EXAMPLE ON AUGUST 25, 2007 LAUNDRY NIGHT AT 11:12 PM I MERELY ASKED DEPUTY KNAPTON #222 WHY SINCE ON DECEMBER 18, 2006 HITHERTO, HE NEVER ALLOW ME DO LAUNDRY CHANGE? THEN I GOT HE USED FULL FORCE BEATEN ME, BUT MY ATTITUDE WERE RESPECTFULLY GENTLY, I REAL DO NOT HAVE ANYTHING WRONG OR VIOLATION, BUT MERELY HAVE A GENTLE ASKED A QUESTION. THEN I GOT BEATEN, AND COST THE SERIOUS INJURY AND BIG BRUISE.

5. AND THEN ON AUGUST 27, 2007 OF NIGHT AT 8:00 PM DEFENDANTS FORENSIC MENTAL HEALTH MS. MOLLY SHE CAME VISIT ME, AND I DID TOLD HER THIS INCIDENTS ALSO SHOW HER THE INJURY I HAVE BECAUSE ON AUGUST 25, 2007 I GOT BEATEN FROM JAILER KNAPTON

1. #222, AND I ASKED HER PLEASE BE HONEST. DO NOT LIE AGAIN.
2. I ASKED HER TO WRITE DOWN A STATEMENT, I EVEN DID HONEST
3. TOLD HER I HAVE WRITE DOWN ALL OF DAILY HAPPEN IN MY
4. DIARY BOOK. AND WHEN SHE HEARD I SAID, THEN SHE IMMEDIATELY
5. TURN RUDE AND ANGRY SAID TO ME "CHENG, ARE YOU HAVE WRITE ON
6. DIARY FOR ALL THE INCIDENTS?" I SAID "YES". AND SHE DO GO TO
7. DEPUTY STATION AND IMMEDIATELY REQUEST TO TAKE MY ALL THE
8. LEGAL DOCUMENTS AWAY FROM ME ALSO DENY ME TO USE A PEN TO
9. WRITE. BUT THIS ACTION ALREADY ABUSE MY CONSTITUTIONAL RIGHT
10. . SHE EVEN DID KNOW I WAS DOING PRO PER. ALSO THIS INHUMANE
11. UNCIVILIZED CONDITION ALREADY WAS NOT FIRST TIME. THESE
12. INTENTIONAL MALICIOUS INCIDENTS I HAVE SUBMITTED TO COURT IN
13. MY CRIMINAL CASE # SC57836 AND THE JUDGE EVEN DID MAKE A WARNING
14. TO JAIL ALSO TOLD DEFENDANTS STOP ABUSE MY CONSTITUTIONAL RIGHT (
15. SEE EXHIBIT # A), BUT DEFENDANTS THEY IGNORED THE COURT'S ORDER.
16. EVEN ON FEBRUARY 26, 2007 WHEN I HAVE SUBMITTED THIS ISSUES AGAIN,
17. THEN AGAIN JUDGE EVEN HAVE SERIOUS SENT A LEGAL DOCUMENT TO JAIL
18. BUT DEFENDANTS DO HORRIBLE IGNORED AGAIN EVEN MOVED ME TO BLACK
19. HOLE OF THREE WEST C-SIDE CELL #02.
20.
21. 6. ON JULY 27, 2007 DEFENDANTS C. PARKER EVEN DO TERROR THREATEN
22. ME, WHEN THIS DAY OF MORNING WHEN I WAS MERELY SILENT GO TO COURT,
23. HE SAID ONE DAY HE WILL KILL ME.
24.
25. 7. SINCE ON AUGUST 28, 2007 I MERELY CAN TO USE A PENCIL ON
26. DAILY OF RECREATION TIME, AND THIS RECREATION TIME ALL I CAN TO
27. USE PENCIL WAS REALLY SHORT, BECAUSE AFTER I DONE MY DIARY I ONLY
28. HAVE TEN TO TWENTY MINUTE, EVEN LOT OF TIME I DID NOT HAVE TIME

1  TO WRITE. ALSO MANY TIME DEFENDANTS THEM DO NOT HAVE ANY
2  REASON AND LOCK ME IN CELL TO DEPRIVED MY RECREATION TIME,
3  THEY INTENTIONAL CRUEL ABUSE MY RIGHT. ALSO THE RECREATION
4  TIME I HAVE ON DAILY WERE FROM FIFTEEN MINUTE TO ONE HOUR.
5      ON AUGUST 31, 2007 AT 10:45 PM WHEN I DID GENTLY TO
6  ASK JAILER KNAPTON #222 A PENCIL BUT I GOT THIS BRUTAL
7  MALICIOUS SADISTIC JAILER SMASH ME. THEN I OBTAIN SERIOUS
8  INJURY FROM HEAD TO FOOD.
9
10  8. EVEN HAVE MANY OF INCIDENTS BEEN HAPPEN BUT BECAUSE THE TIME
11  ON DAILY I CAN USED PENCIL TO WRITE WERE TOO SHORT, HENCE
12  A LOT OF GRIEVANCE FORM I CAN NOT DO SUBMITTED. LIKE
13  EXAMPLE THE INCIDENT ON DECEMBER 18, 2007 JAILER VERS TERROR
14  THREAT ME, HE THREATEN ME TO STOP WRITE GRIEVANCE, STOP DO
15  AGAINST JAIL STAFF MEMBER OTHER WISE HE WILL USED FORCE
16  BEAT ME, SMASH ME, GIVE ME A WRITE UP TO IMPEACH ME AND
17  LOCK ME IN THE CELL TO DEPRIVE MY RECREATION TIME, HE THREATEN
18  ME HE WILL USED ALL THE KIND OF DIFFERENT WAY TO ABUSE ME, ALSO
19  THIS NIGHT HE DID MADE A FAKE WRITE UP IMMEDIATELY DO ABUSE ME AND
20  LOCK ME IN CELL FOR NEXT DAY TO DEPRIVE MY RECREATION TIME.
21  AND ON DECEMBER 19, 2007 JAILER VERS USED FULL FORCE SMASH ME,
22  I GOT SERIOUS CONCUSSION ALSO PASS OUT. AND WHEN I AWAKE IN
23  OUTSIDE HOSPITAL EMERGENCY ROOM, AND HAVE ALL SERIOUS INJURY
24  FROM HEAD TO FOOT AGAIN, BUT AGAIN I DO NOTHING VIOLATION.
25
26  9. BUT MY CONDITION WAS ALREADY BEEN TOTALLY A HANDICAP PERSON,
27  MY ANY MOVE NEED USED A WHEELCHAIR, ALSO THEY DO SERIOUS BROKEN
28  MY RIGHT ARM ON DECEMBER 08, 2006, HENCE, SINCE THE INCIDENT

5.

1 HITHERTO, WHEN EVERY TIME I DID EVEN WRITE WERE EXTREMELY
2 PAINFULLY AND WRITE SO DIFFICULTY.
3
4 10. SOON I WILL GET RELEASE FROM THIS COUNTY JAIL. ALSO NOW
5 WITHOUT PEN TO WRITE AND NO LEGAL DOCUMENTS WITH ME. HOW I
6 CAN SUBMITTED THESE INCIDENTS OF DETAIL TO COURT. ALSO IN THIS
7 CIVIL ACTION CASE # CV 07-04018 WHA INCLUDE OVER TWENTY
8 INCIDENTS. LIKE THIS MOTION I DID SPEND ALL THE TIME TO WRITE
9 SINCE ON JANUARY 20, 2008 WHEN I RECIEVED COURT ORDER FOR
10 AMENDMENT OF MOTION. AND NOW I DID SERIOUS PETITION THIS COURT
11 ALLOW ME HAVE UNTIL WHEN I OUT THIS JAIL, OR EXTENSION TO AUG 31, 2008.
12 11. NO ANY ONE CAN WRITE A LETTER WITHOUT A PEN. SPECIFIC
13 TO WRITE A SERIOUS LEGAL DOCUMENT.
14
15 12. THIS MOTION I ONLY CAN USED BRIEF TO STATE THESE
16 CONDITION I HAVE ENCOUNTER AND THESE INCIDENTS REALLY
17 MERELY WERE VERY SMALL PARTS. THE ALL OF WERE HUGE ALSO THESE
18 BRUTAL MALICIOUS INHUMANE OF CONDITION STILL ONGOING, MY
19 LIFE REAL EXTREMELY IN DANGER AT HERE.
20
21                    CONCLUSION
22
23   BECAUSE PLAINTIFF'S DESCRIBE OF ABOVE WERE TRUTH AND REAL.
24 HENCE, THIS MOTION SHOULD BE GRANT.
25
26
27
28

I PLAINTIFF DECLARE, UNDER PENALTY OF PERJURY OF LAWS OF STATE CALIFORNIA, THAT THE STATE ALL ARE TRUTH AND REAL.

DATE OF SUBMITTED: FEBRUARY 15, 2008

RESPECTFULLY SUBMITTED,

CHENEY

PLAINTIFF.

7.

Cheng I. Cheng
#1025170
San Mateo County Jail
300 Bradford St.
Redwood City, CA 94063

CV06-02217 WHA

EXHIBIT #A

```
SAN MATEO                   DISPLAY COURT CASE EVENTS                    01/21/08
  C J I S                                                                   00:00
*********************************************************************************
MORE DATA PENDING                                                         PAGE  47
CASE: SC057836 A   DEF: CHENG, CHENG I
      EVENT CODE:            START DATE:              SEQUENCE: NORMAL
*********************************************************************************
   DATE     SEQ CODE   ................EVENT DESCRIPTION......................
 01/05/07   010 HHFUR  FURTHER PROCEEDINGS
            015 APDFB  DEFENDANT PRESENT IN CUSTODY.
            020 APINT  AMY LEE PRESENT AND DULY SWORN/HAS OATH ON FILE AS
                       MANDARIN LANGUAGE INTERPRETER.
            025 MISCE  DEFENDANT'S REQUEST TO HAVE AN INTERPRETER SIT WITH HIM
                       2-3 DAYS PER WEEK IS DENIED.
            030 MISCE  DEFENDANT IS ALLOWED 2 DAYS WITH A MANDARIN INTERPRETER.
            035 MISCE  DEFENDANT TO MAKE A MOTION RE: DOCUMENTS THE DEFENDANT
                       CLAIMS WERE TAKEN FROM HIM IN THE JAIL BEFORE SCHEDULING
                       AN INTERPRETER.
            040 CSOTH  DEFENDANT IS THE DEFENDANT IS TO BE ALLOWED A PENCIL.
            045 MISCE  PREVIOUSLY SET COURT DATE REMAINS AS SET.
            050 MIDOR  DEFENDANT ORDERED TO RETURN.
            055 CSRIA  DEFENDANT REMAINS IN CUSTODY.
            060 MIINT  MANDARIN INTERPRETER ORDERED FOR NEXT APPEARANCE.
NEXT FUNCTION: _____  CURR FUNCTION: CTDSP    ID: J24147-J241471   PF1=HELP
```

**#LEGAL**

CHENG & CHENG
[address]
BRADFORD ST
REDWOOD CITY, CA 94063

OFFICE OF THE CLERK,
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102