IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHENG I. CHENG, | No. C 07-4018 WHA (PR) |
| Plaintiff, | **EXTENSION OF TIME** |
| v. | |
| Deputies LEVAS #694; DEMARTIN #D139; KNAPTON; A. AVILA #125; C. PARKER; F. CARRASCON; J. HARP; A. RINNIGER; M. HINSHAW #D781; M. HUNTOON; R. SALAZAR; R. GRASTY; G. JOHNSON #566; MALETI; ROBERTS #34; ROBERTS #34; PALABY #98; ABRAMS #12; OSBORN #142; Forensic Mental Health MS. MOLLY and MS. ROSEMARY; Nurse MR. GIDEON; Nurse MR. BRETT; Head Nurse MR. MIKE; Nurse MS. CAOLINE; Nurse MS. ERICA; REBECCA ANDERSON POTTS, Medical Manager, San Mateo County Jail; SAN MATEO COUNTY JAIL; COUNTY OF SAN MATEO, and DOES I-V, | |
| Defendants. / | |

This is a civil rights case filed by an inmate at the San Mateo County Jail. In the initial review order the Court concluded that plaintiff has stated a claim against defendants Levas, Demartin, and Gideon, but not against the other defendants, who were not mentioned. The complaint was dismissed with leave to amend.

1  Plaintiff asks for an extension of time to amend until August 31, 2008, but such a
2  lengthy extension is not appropriate if plaintiff is being mistreated as he contends. The
3  amendment shall be filed by April 1, 2008. Plaintiff should note that because the original
4  complaint was sufficient as to defendants Levas, Demartin, and Gideon, if he does not amend
5  the original complaint will be served on them.

**IT IS SO ORDERED.**

Dated: February   26   , 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.07\CHENG4018.EXT-P.wpd

2