United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHENG I. CHENG, | No. C 07-4018 WHA (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| Deputies LEVAS #694; DEMARTIN #D139; KNAPTON; A. AVILA #125; C. PARKER; F. CARRASCON; J. HARP; A. RINNIGER; M. HINSHAW #D781; M. HUNTOON; R. SALAZAR; R. GRASTY; G. JOHNSON #566; MALETI; ROBERTS #34; ROBERTS #34; PALABY #98; ABRAMS #12; OSBORN #142; Forensic Mental Health MS. MOLLY and MS. ROSEMARY; Nurse MR. GIDEON; Nurse MR. BRETT; Head Nurse MR. MIKE; Nurse MS. CAOLINE; Nurse MS. ERICA; REBECCA ANDERSON POTTS, Medical Manager, San Mateo County Jail; SAN MATEO COUNTY JAIL; COUNTY OF SAN MATEO, and DOES I-V, | |
| Defendants. / | |

This is a civil rights case which was filed pro se by a prisoner at the San Mateo County Jail. The copy of the initial review order sent to plaintiff was returned as undeliverable; the envelope carries a notation that plaintiff is no longer in custody. He has not provided the clerk with a current address.

1  More than sixty days have passed since the mail was returned. This case is **DISMISSED**
2  without prejudice. *See* Local R. 3-11(b).
3  **IT IS SO ORDERED.**

5  Dated: May ___22___, 2008.

   WILLIAM ALSUP
   UNITED STATES DISTRICT JUDGE

28 G:\PRO-SE\WHA\CR.07\CHENG3123.DIS-mail.wpd