UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHENG I. CHENG,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DEPUTY LEVAS et al,<br><br>　　　　Defendant.<br>_____ / | Case Number: CV07-04018 WHA<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 22, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Cheng I. Cheng
Napa State Hospital
2100 Napa Vallejo Highway
Napa, CA 94558-6293

Dated: May 22, 2008

　　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk
　　　　　　　　　　　　　　　　　　　By: D. Toland, Deputy Clerk