United States District Court
For the Northern District of California

1
2
3
4
5
6           IN THE UNITED STATES DISTRICT COURT
7
8           FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10  CHENG I. CHENG,                                    No. C 07-4018 WHA (PR)
11          Plaintiff,                                 **JUDGMENT**
12      v.
13  Deputies LEVAS #694, et al.,
14          Defendants.
15                                           /
16      The court has dismissed this prisoner in forma pauperis complaint. A judgment of
17  dismissal without prejudice is entered in favor of defendants. Plaintiff shall take nothing by
18  way of his complaint.
19      **IT IS SO ORDERED.**
20
21  Dated: May __22__, 2008.
22                                                    WILLIAM ALSUP
                                                      UNITED STATES DISTRICT JUDGE
23
24
25
26
27
28  G:\PRO-SE\WHA\CR.07\CHENG4018.JUD.wpd